BEFORE THE SECOND DIVISION, NOVEMBER 2, 1960

No. 64824.—Illfelder Importing Company, Inc. v. United States, protest 58/13882 (Portland, Oreg.).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of miniature knives similar in all material respects to those the subject of *M. Pressner & Co.* v. *United States* (44 Cust. Ct. 10, C.D. 2145), the claim of the plaintiff was sustained.